

1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2781

5

6             IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8
                                    )   2:10-  - 438 WBS
9  UNITED STATES OF AMERICA,         )   Case No.
                                     )
10            Plaintiff,             )   **ORDER TO SEAL**
                                     )   **(Under Seal)**
11       v.                          )
                                     )
12 BRYAN PEREZ,                      )
                                     )
13            Defendant.             )
                                     )
14                                   )
                                     )
15 _____  )

16
        The Court hereby orders that the Indictment, the Petition of
17
   Assistant U.S. Attorney Jill M. Thomas to seal the indictment, and
18
   this Order, in the above-referenced case, shall be sealed until the
19
   arrest of the defendant or until further order of this Court.
20

21
   DATED: October  7 , 2010
22

23                                      EDMUND F. BRENNAN
                                        United States Magistrate Judge
24

25

26

27

28

3