LAW OFFICES OF CHRIS COSCA
Chris Cosca     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BRYAN PEREZ

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRYAN PEREZ,<br><br>　　　　Defendant. | Case No.:  2:10-CR-438-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE**<br><br>**DATE:**     December 13, 2010<br>**TIME:**     8:30 a.m.<br>**JUDGE:**   Hon. William B. Shubb |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for December 13, 2010 may be continued to January 18, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and obtain documents relating to defendant's history. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: December 8, 2010          by:     /s/ Chris Cosca
                                          Chris Cosca
                                          Attorney for Defendant
                                          TEVIN TAN

DATED: December 8, 2010          by:     /s/ Chris Cosca for
                                          Jill Thomas
                                          Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for December 13, 2010 is continued to January 18, 2011 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:   December 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE