1  LAW OFFICES OF CHRIS COSCA
   Chris Cosca    CA SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   BRYAN PEREZ
5

6              **UNITED STATES DISTRICT COURT**

7          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

| 9  UNITED STATES OF AMERICA, | ) Case No.: 2:10-CR-438-WBS |
|---|---|
| 10           Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| 11    vs. | ) **ORDER TO CONTINUE STATUS CONFERENCE** |
| 12  BRYAN PEREZ, | ) DATE: January 18, 2011 |
| 13           Defendant. | ) TIME: 8:30 a.m. |
|    | ) JUDGE: Hon. William B. Shubb |

14

15                          **Stipulation**

16       The parties, through their undersigned counsel, stipulate that the status conference

17  scheduled for January 18, 2011 may be continued to March 7, 2011. Additional time is necessary

18  for counsel to review and analyze discovery, conduct investigation and obtain documents

19  relating to defendant's history. The parties also agree that time may be excluded from the speedy

20  trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. §

21  3161 (h) (7) (B) (iv) and Local Code T4.

22  ///

23  ///

24  ///

25

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: January 12, 2011          by:     /s/ Chris Cosca
                                         Chris Cosca
                                         Attorney for Defendant
                                         BRYAN PEREZ


DATED: January 12, 2011          by:     /s/ Chris Cosca for
                                         Jill Thomas
                                         Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for January 18, 2011 is continued to March 7, 2011 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.


IT IS SO ORDERED.


DATED:   January 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -