LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BRYAN PEREZ

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRYAN PEREZ,<br><br>    Defendant. | Case No.:  2:10-CR-438-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE**<br><br>DATE:    March 7, 2011<br>TIME:    8:30 a.m.<br>JUDGE:   Hon. William B. Shubb |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for March 7, 2011 may be continued to April 11, 2011. Additional time is necessary to review and analyze discovery, conduct investigation and consider change of plea options. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: March 3, 2011			by:	/s/ Chris Cosca
						Chris Cosca
						Attorney for Defendant
						BRYAN PEREZ

DATED: March 3, 2011			by:	/s/ Chris Cosca for
						Jill Thomas
						Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for March 7, 2011 is continued to April 11, 2011 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:   March 4, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -