LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BRYAN PEREZ

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BRYAN PEREZ,<br><br>        Defendant. | Case No.:  2:10-CR-438-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE**<br><br>**DATE:**    April 11, 2011<br>**TIME:**    8:30 a.m.<br>**JUDGE:**   Hon. William B. Shubb |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for April 11, 2011 may be continued to May 23, 2011. Additional time is necessary to review and analyze discovery, conduct investigation and consider change of plea options. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: April 7, 2011		by:	/s/ Chris Cosca
					Chris Cosca
					Attorney for Defendant
					BRYAN PEREZ

DATED: April 7, 2011		by:	/s/ Chris Cosca for
					Jill Thomas
					Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for April 11, 2011 is continued to May 23, 2011 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:   April 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE