AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                                   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____Eastern_____ District of _____California_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   2:10CR00438-01 WBS |
| BRYAN PEREZ | ) | |
| | ) | USM No:   65358-097 |
| Date of Original Judgment:        2/6/2012 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____84_____ months **is reduced to** _____72 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/22/2012 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  April 27, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:        11/1/2015                    William B. Shubb, U.S. District Court Judge
            *(if different from order date)*                              *Printed name and title*