HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BRYAN PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PEREZ,<br><br>Defendant. | No.  Cr. S 10-438-01 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, BRYAN PEREZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 6, 2012, this Court sentenced Mr. Perez to a term of 84 months imprisonment;

3. His total offense level was 29, his criminal history category was V, and the applicable guideline range was 140 to 175 months; he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Perez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Perez' total offense level has been reduced from 29 to 27, his amended guideline range is 120 to 150 months, and a reduction comparable to the one received at the initial sentencing would produce a term of 72 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Perez' term of imprisonment to a total term of 72 months.

7. In light of the parties' stipulation, the noticed motion filed April 22, 2015, is withdrawn.

Respectfully submitted,

Dated:  April 23, 2015                                            Dated:   April 23, 2015

BENJAMIN B. WAGNER                                     HEATHER E. WILLIAMS
United States Attorney                                           Federal Defender


 /s/_*Jason Hitt*                                                         /s/ *David M. Porter*
JASON HITT                                                           DAVID M. PORTER
Assistant U.S. Attorney                                           Assistant Federal Defender

Attorney for Plaintiff                                               Attorney for Defendant
UNITED STATES OF AMERICA                           BRYAN PEREZ


## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Perez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 120 to 150 months.  A reduction comparable to the one received at the initial sentencing produces a term of 72 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2012 is reduced to a term of 72 months.

1       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

      Unless otherwise ordered, Mr. Perez shall report to the United States Probation Office within seventy-two hours after his release.

      The noticed motion having been withdrawn, the hearing set for May 11, 2015 is VACATED.

Dated: April 27, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order Re: Sentence Reduction      3