**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Docket No.:  0972 2:10CR00438-001** |
| **Bryan  Perez** | ) | |
| | ) | |
| _____ | ) | |

On February 6, 2012, the above-named was sentenced to Supervised Release for a period of 60 months.   Supervision commenced on October 30, 2015.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/Paul Mamaril

**Paul Mamaril
United States Probation Officer**

Dated:    February 2, 2018
            Sacramento, California

/s/Toni M. Ortiz
_____
**REVIEWED BY:     Toni M. Ortiz
                Supervising United States Probation Officer**

**Re:** **Bryan Perez**
**Docket No: 0972 2:10CR00438-001**
**Report and Order Terminating Supervised Release**
<u>**Prior to Original Expiration Date**</u>

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Bryan Perez be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated: February 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment: Recommendation

cc: AUSA - Jill Thomas
Supervisee - Bryan Perez